**FILED**
3/21/2022
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

JJ

IN THE UNITED STATES DISTRICT COURT
United States District Court for the Northern District of Illinois

| | |
|---|---|
| **MICHAEL HENRY,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| vs. | ) Civil Action No 22 CV 01091 |
| | ) |
| **UNITED STATES OF AMERICA** | ) |
| **KWAME RAOUL – ILLINOIS** | ) |
| **ATTORNEY GENERAL** | ) |
| US Attorney Gregory K. Harris | ) |
| US Attorney STEVEN WEINHOEFT | ) |
| US Attorney John R. Lausch Jr | ) |
| Orland Park Illinois a Municipal | ) |
| Government under Illinois Law | ) |
| Illinois Bar Association | ) |
| **Defendants.** | ) |

**Plaintiff Michael Henrys Motion for the Return of this case to the Cook County Court where it was originally filed for improper removal.**

1. This United States of America filed an improper motion to remove this case from State Court and the case removal is illegal and this court lacks Jurisdiction.

2. The Government attached a motion to its removal and it Failed to Attach the United States District Court Ruling in Central Illinois where the Senior Judge ruled that no Illinois law allows or requires Legal services to be bid which is now subject to Res Judicata and clearly establishes special treatment for only one class of people Attorneys. This clearly establishes that the bidding laws in Illinois are unconstitutional

3. The State of Illinois cannot be sued in a Federal Court unless it allows it to Happen and it is an Illinois Law that is unconstitutional the 11th Amendment Of the United States Constitution Guarantees this right.

4. The claims against the three US Attorneys are for the Violation of their oath as an Attorney in Illinois each of these Defendants are licensed under Illinois law to Practice law and they violated this Oath US Attorneys John Lausch, Gregory Harris and Steven Weinhoeft failed to support the United States Constitution as required by law.

5. The Three Attorneys for the government took the following oath of Office

> **I do solemnly swear (or affirm, as the case may be), that I will support the constitution of the United States and the constitution of the state of Illinois, and that I will faithfully discharge the duties of the office of attorney and counselor at law to the best of my ability.**

.

6. The removal order is Illegal as it attempts to exert Jurisdiction over the State of Illinois in a Federal Court where this is in violation of the United States Constitution.

7. Illinois Courts are the proper venue as all defendant parties except the United States Of America are residents of the State of Illinois.

8. Illinois Attorney General Kwame Raoul is sued for his Violation of his oath of Office.

   > **I do solemnly swear (or affirm, as the case may be), that I will support the constitution of the United States and the constitution of the state of Illinois, and that I will faithfully discharge the duties of the office of attorney general, according to the best of my ability.**

9. The United States of America improperly removed this case from State Court in an attempt to prevent the Illinois Bar association from ascertaining what laws were violated and how 6973 Government entities have different bidding laws in Violation of the United States Constitution.

10. The United States of America was named in this 735-page lawsuit so they could chose to take over the Case or remove themselves's from the case in accordance with the law. Instead, they decided to ignore the United States constitution and the Sovereign rights of the State of Illinois

11. The Suit was filed in State Court as an Illinois law is unconstitutional and Plaintiff Henry initiated litigation to establish this fact. This litigation was initiated because three US Attorneys failed to support the United States Constitution and file suit to stop the violation of the constitution and they breached their oath of admission to the Bar in the State of Illinois.

12. The United States was named to ensure the effective and expeditious administration of the business of the courts. The United States

could have muted and stopped the State Court case by filing it's own lawsuit against the State of Illinois to invalidate the law that would have made the Cook County litigation moot, the United States simply could have told the Cook County Court that it was not agreeing to the suit or waiving it's rights to litigate in Federal courts and they would have been immediately dismissed by Plaintiff Henry and or the Cook County Court. Neither of these options made the United States happy as it had to still deal with the violation of the oath of admission to practice law by John Lausch, Gregory Harris and Steven Weinhoeft. So instead, it chose to Violate the 11th Amendment of the Constitution and Plaintiff Henry files this motion to send the case back to State Court for this Violation.

Plaintiff respectfully request that this court issues an order returning the litigation to the State Court and allow the court to adjudicate and decide if US Attorneys John Lausch, Gregory Harris and Steven Weinhoeft violated their oath as a lawyer licensed to Practice Law in Illinois and the oath, they took to support the United States Constitution.


__/Michael Henry/_____ March 21, 2022
Michael F. Henry
13233 Bundoran Court
Orland Park, Illinois 60462
Michaelfhenry@live.com

IN THE UNITED STATES DISTRICT COURT

# United States District Court for the Northern District of Illinois

| | |
|---|---|
| MICHAEL HENRY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Civil Action No 22 CV 01091 |
| | ) |
| UNITED STATES OF AMERICA | ) |
| KWAME RAOUL – ILLINOIS ATTORNEY GENERAL | ) |
| US Attorney Gregory K. Harris | ) |
| US Attorney STEVEN WEINHOEFT | ) |
| US Attorney John R. Lausch Jr | ) |
| Orland Park Illinois a Municipal Government under Illinois Law | ) |
| Illinois Bar Association | ) |
| Defendants. | ) |

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY That Plaintiff Michael Henrys Motion for the Return of this case to the Cook County Court where it was originally filed for improper removal.**

Was properly filed with the Court and delivered by the Courts ECF system to all Parties represented by these claims

**Respectfully Submitted;** March 21, 2022

 /Michael Henry/
Michael F. Henry
13233 Bundoran Court
Orland Park, Illinois 60462
Michaelfhenry@live.com