IN THE UNITED STATES DISTRICT COURT
United States District Court for the Northern District of Illinois

| | |
|---|---|
| MICHAEL HENRY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Civil Action No 22 CV 01091 |
| | ) |
| UNITED STATES OF AMERICA | ) |
| KWAME RAOUL – ILLINOIS | ) |
| ATTORNEY GENERAL | ) |
| US Attorney Gregory K. Harris | ) |
| US Attorney STEVEN WEINHOEFT | ) |
| US Attorney John R. Lausch Jr | ) |
| Orland Park Illinois a Municipal | ) |
| Government under Illinois Law | ) |
| Illinois Bar Association | ) |
| Defendants. | ) |

FILED 3/25/2022 CR
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

**Plaintiff Michael Henrys Motion for Fees in the amount of 10 thousand Dollars against the United States of America for its Illegal removal of this case and Immediate Remand of the case in accordance with 28 U.S. Code § 1447 - Procedure after removal generally**

1. **Plaintiff Michael Henry makes this motion for Fees and reconsideration of the District Courts Order Docket Number 13.**

2. The District Court illegally entered an order denying remand of this case and violated **28 U.S. Code § 1447 - Procedure after removal generally**

28 U.S. Code § 1447 - Procedure after removal generally

(a) In any case removed from a State court, the district court may issue all necessary orders and process to bring before it all proper parties whether served by process issued by the State court or otherwise.

(b) It may require the removing party to file with its clerk copies of all records and proceedings in such State court or may cause the same to be brought before it by writ of certiorari issued to such State court.

(c) A motion to remand the case on the basis of any defect other than lack of subject matter jurisdiction must be made within 30 days after the filing of the notice of removal under section 1446(a). *If at any time before final judgment it appears that the district court lacks subject matter jurisdiction, the case shall be remanded. An order remanding the case may require payment of just costs and*

***any actual expenses, including attorney fees, incurred as a result of the removal.*** A certified copy of the order of remand shall be mailed by the clerk to the clerk of the State court. The State court may thereupon proceed with such case.

(d) An order remanding a case to the State court from which it was removed is not reviewable on appeal or otherwise, except that an order remanding a case to the State court from which it was removed pursuant to section 1442 or 1443 of this title shall be reviewable by appeal or otherwise.

(e) If after removal the plaintiff seeks to join additional defendants whose joinder would destroy subject matter jurisdiction, the court may deny joinder, or permit joinder and remand the action to the State court.

(June 25, 1948, ch. 646, 62 Stat. 939; May 24, 1949, ch. 139, § 84, 63 Stat. 102; Pub. L. 88–352, title IX, § 901, July 2, 1964, 78 Stat. 266; Pub. L. 100–702, title X, § 1016(c), Nov. 19, 1988, 102 Stat. 4670; Pub. L. 102–198, § 10(b), Dec. 9, 1991, 105 Stat. 1626; Pub. L. 104–219, § 1, Oct. 1, 1996, 110 Stat. 3022; Pub. L. 112–51, § 2(d), Nov. 9, 2011, 125 Stat. 546.)

3. **This Court On its own motion entered order 13 dismissing the Case for lack of Jurisdiction and then violated Federal law by not immediately remanding the case Back to Cook County Illinois.**

**Plaintiff submits to this court it must reverse its illegal ruling and award cost in the amount of 10 thousand Dollars against the United States of America for its illegal removal.**

Respectfully Submitted.

_/Michael Henry/_____ March 25, 2022

Michael F. Henry
13233 Bundoran Court
Orland Park, Illinois 60462 Michaelfhenry@live.com

IN THE UNITED STATES DISTRICT COURT

# United States District Court for the Northern District of Illinois

| | |
|---|---|
| MICHAEL HENRY, | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| vs. | ) Civil Action No 22 CV 01091 |
| | ) |
| UNITED STATES OF AMERICA | ) |
| KWAME RAOUL – ILLINOIS ATTORNEY GENERAL | ) |
| US Attorney Gregory K. Harris | ) |
| US Attorney STEVEN WEINHOEFT | ) |
| US Attorney John R. Lausch Jr | ) |
| Orland Park Illinois a Municipal Government under Illinois Law | ) |
| Illinois Bar Association | ) |
| **Defendants.** | ) |

## CERTIFICATE OF SERVICE

1. **I HEREBY CERTIFY That** Plaintiff Michael Henrys Motion for Fees in the amount of 10 thousand Dollars against the United States of America for its Illegal removal of this case and Immediate Remand of the case in accordance with 28 U.S. Code § 1447 - Procedure after removal generally

Was properly filed with the Court and delivered by the Courts ECF system to all Parties represented by these claims

**Respectfully Submitted;** March 25, 2022

/Michael Henry/
Michael F. Henry
13233 Bundoran Court
Orland Park, Illinois 60462
Michaelfhenry@live.com