IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MICHAEL F. HENRY, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> UNITED STATES OF AMERICA, et ) <br> al., ) <br> ) <br> Defendants. ) | No. 22 CV 1091 <br><br> Judge John J. Tharp, Jr. |

## AMENDED JUDGMENT ORDER

On the Court's own motion, the claims against the federal defendants are dismissed for lack of subject matter jurisdiction and the remaining claims are remanded to the Circuit Court of Cook County. Judgment is entered in favor of defendants United States of America, Gregory K. Harris, Steven Weinhoeft, and John R. Lausch, Jr., and against plaintiff Michael F. Henry. Defendants shall recover costs.

Dated: April 19, 2022

John J. Tharp, Jr.
United States District Judge