

# IN THE UNITED STATES DISTRICT COURT
United States District Court for the Northern District of Illinois

| | |
|---|---|
| **MICHAEL HENRY,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Civil Action No 22 CV 01091 |
| | ) |
| **UNITED STATES OF AMERICA** | ) |
| **KWAME RAOUL – ILLINOIS ATTORNEY GENERAL** | ) |
| US Attorney Gregory K. Harris | ) |
| US Attorney STEVEN WEINHOEFT | ) |
| US Attorney John R. Lausch Jr | ) |
| Orland Park Illinois a Municipal Government under Illinois Law | ) |
| Illinois Bar Association | ) |
| Defendants. | ) |

**Plaintiffs Motion of Appeal to the Seventh Circuit Court of Appeals**

1. **The District Court Judge ignored the law and is unfit for judicial service.**

2. **The District Judge Ruled it did not have Jurisdiction on the case and the law is specific the entire case must be remanded to Cook County Courts.**

3. **Instead, an incompetent Federal Judge ruled he did not have Jurisdiction and then Violated Federal law and did not remand the entire case as required by law.**

4. **The District Court illegally entered an order denying the full remand of this case and violated 28 U.S. Code § 1447 - Procedure after removal generally**

28 U.S. Code § 1447 - Procedure after removal generally

(a) In any case removed from a State court, the district court may issue all necessary orders and process to bring before it all proper parties whether served by process issued by the State court or otherwise.

(b) It may require the removing party to file with its clerk copies of all records and proceedings in such State court or may cause the same to be brought before it by

writ of certiorari issued to such State court.

(c) A motion to remand the case on the basis of any defect other than lack of subject matter jurisdiction must be made within 30 days after the filing of the notice of removal under section 1446(a). ***If at any time before final judgment it appears that the district court lacks subject matter jurisdiction, the case shall be remanded. An order remanding the case may require payment of just costs and any actual expenses, including attorney fees, incurred as a result of the removal.*** A certified copy of the order of remand shall be mailed by the clerk to the clerk of the State court. The State court may thereupon proceed with such case.

5. Second because the United States of America illegally removed this case from Cook County Court Plaintiff Henry is Entitled to fees and cost.

6. Including fees and cost associated with this appeal

Plaintiff Henry demands fees in the amount of 10 thousand dollars and a remand of the entire case and all parties to the Cook County Court.

Respectfully Submitted   May 10, 2022

__/Michael Henry/_____
Michael F. Henry
13233 Bundoran Court
Orland Park, Illinois 60462
Michaelfhenry@live.com

IN THE UNITED STATES DISTRICT COURT

1. United States District Court for the Northern District of Illinois

| | |
|---|---|
| MICHAEL HENRY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Civil Action No 22 CV 01091 |
| | ) |
| UNITED STATES OF AMERICA | ) |
| KWAME RAOUL – ILLINOIS ATTORNEY GENERAL | ) |
| US Attorney Gregory K. Harris | ) |
| US Attorney STEVEN WEINHOEFT | ) |
| US Attorney John R. Lausch Jr | ) |
| Orland Park Illinois a Municipal Government under Illinois Law | ) |
| Illinois Bar Association | ) |
| Defendants. | ) |

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY That Plaintiff Michael Henrys Motion of Appeal to the Seventh Circuit Court of Appeals**
Was properly filed with the Court and delivered by the Courts ECF system to all Parties represented by these claims

**Respectfully Submitted;** May 10, 2022

/Michael Henry/
Michael F. Henry
13233 Bundoran Court
Orland Park, Illinois 60462
Michaelfhenry@live.com