# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## NOTICE OF ISSUANCE OF MANDATE

July 29, 2022

To:  Thomas G. Bruton
  UNITED STATES DISTRICT COURT
  Northern District of Illinois
  Chicago, IL 60604-0000

| | |
|---|---|
| No. 22-1841 | MICHAEL F. HENRY,<br>        Plaintiff - Appellant<br><br>v.<br><br>UNITED STATES OF AMERICA, et al.,<br>        Defendants - Appellees |
| **Originating Case Information:** ||
| District Court No: 1:22-cv-01091<br>Northern District of Illinois, Eastern Division<br>District Judge John J. Tharp ||

Herewith is the mandate of this court in this appeal, along with the Bill of Costs, if any. A certified copy of the opinion/order of the court and judgment, if any, and any direction as to costs shall constitute the mandate.

TYPE OF DISMISSAL:                                    Circuit Rule 3(b)

STATUS OF THE RECORD:                                 no record to be returned

form name: **c7_Mandate**    (form ID: **135**)