# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

July 29, 2022

*By the Court*:

| | MICHAEL F. HENRY, |
| | Plaintiff - Appellant |
| No. 22-1841 | v. |
| | UNITED STATES OF AMERICA, et al., |
| | Defendants - Appellees |

| Originating Case Information: |
| --- |
| District Court No: 1:22-cv-01091 |
| Northern District of Illinois, Eastern Division |
| District Judge John J. Tharp |

This cause, docketed on May 12, 2022, is **DISMISSED** for failure to timely pay the required docketing fee, pursuant to Circuit Rule 3(b).

form name: **c7_FinalOrderWMandate**　　(form ID: **137**)