# United States Court of Appeals

For the Seventh Circuit
Chicago, Illinois 60604

February 16, 2023

**Before**

FRANK H. EASTERBROOK, *Circuit Judge*

MICHAEL B. BRENNAN, *Circuit Judge*

JOHN Z. LEE, *Circuit Judge*

| | |
|---|---|
| No. 22-1841 | Appeal from the United States District Court for the Northern District of Illinois, Eastern Division. |
| MICHAEL F. HENRY, *Plaintiff-Appellant*, | |
| v. | No. 22 CV 01091 |
| UNITED STATES OF AMERICA, *et al.*, *Defendants-Appellees*. | John J. Tharp, Jr., *Judge*. |

**O R D E R**

Plaintiff-Appellant filed a petition for rehearing and rehearing en banc on February 1, 2023. No judge[*] in regular active service has requested a vote on the petition for rehearing en banc, and all the judges on the panel have voted to deny rehearing. The petition for rehearing is therefore DENIED.

---

[*] Circuit Judge Pryor did not participate in the consideration of this petition.

CERTIFIED COPY
A True Copy
Teste:

Deputy Clerk
of the United States
Court of Appeals for the
Seventh Circuit