# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## FINAL JUDGMENT

January 20, 2023

Before
FRANK H. EASTERBROOK, *Circuit Judge*
MICHAEL B. BRENNAN, *Circuit Judge*
JOHN Z. LEE, *Circuit Judge*

| No. 22-1841 | MICHAEL F. HENRY,<br>   Plaintiff - Appellant<br><br>v.<br><br>UNITED STATES OF AMERICA, et al.,<br>   Defendants - Appellees |
|---|---|
| **Originating Case Information:** ||
| District Court No: 1:22-cv-01091<br>Northern District of Illinois, Eastern Division<br>District Judge John J. Tharp ||

The judgment of the District Court is **AFFIRMED**, with costs, in accordance with the decision of this court entered on this date.

CERTIFIED COPY
A True Copy
Teste:

*[signature]*

Deputy Clerk
of the United States
Court of Appeals for the
Seventh Circuit

Clerk of Court

form name: **c7_FinalJudgment**     (form ID: **132**)