# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## NOTICE OF ISSUANCE OF MANDATE

February 24, 2023

To: Thomas G. Bruton
UNITED STATES DISTRICT COURT
Northern District of Illinois
Chicago, IL 60604-0000

| No. 22-1841 | MICHAEL F. HENRY, <br>  Plaintiff - Appellant <br><br> v. <br><br> UNITED STATES OF AMERICA, et al., <br>  Defendants - Appellees |
|---|---|
| **Originating Case Information:** ||
| District Court No: 1:22-cv-01091 <br> Northern District of Illinois, Eastern Division <br> District Judge John J. Tharp ||

Herewith is the mandate of this court in this appeal, along with the Bill of Costs, if any. A certified copy of the opinion/order of the court and judgment, if any, and any direction as to costs shall constitute the mandate.

RECORD ON APPEAL STATUS:                                        No record to be returned

form name: **c7_Mandate**    (form ID: **135**)